# Court of Appeals
# of the State of Georgia

ATLANTA, July 16, 2015

*The Court of Appeals hereby passes the following order*

## A15D0469. CITY OF DUNWOODY, GEORGIA v. DISCOVERY PRACTICE MANAGEMENT, INC., d/b/a CENTER FOR DISCOVERY et al. .

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of Superior Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:
14CV10019



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, July 16, 2015.

    I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

    Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , Clerk.